May 27, 2015                    Page 1 of 2

Doris Fontenot
14980 Mildale Road
Zachary, LA 70791


Kim Christopher, Reporter
Smith County Courthouse
100 N. Broadway
Tyler, TX 75702

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUN 01 2015
CATHY S. LUSK, CLERK

Re: In the Matter of the Marriage of
    Jimmie Fontenot and Doris Fontenot
    Case number    12-15-00110-CV
    Trial Court Case number  14-1726-E


This is a request that the reporters record
be prepared. I have requested that
the recorders record be prepared
and Lois Rogers, District Clerk, Smith County
told me that it is done (as of this date,
I have not received anything).

Since the attorney who represented me in
this case, Beau Sinclair, is no longer
involved, I have no idea what he
presented as exhibits. From memory, the
only exhibits I request are the
Amended Partition or Exchange Agreement
and the one page from PPG Industries
indicating the balance of the 401K.
I will have supplements since Beau Sinclair
did not use the rest of the things
I gave him. He chose to lie, only
telling me his plan less than twenty four
hours before the final Hearing. I
believe that he had niether the time
nor the inclination to prepare my
case properly, so chose the easy

continued →

way for himself — essentially "throwing me under the bus"!

copy: Twelfth Court of Appeals
Lois Rogers, District Clerk, Smith County
Jimmie Fontenot

Phone    225-654-4392
E-mail    dorisnell1949@yahoo.com